UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-7371 PA (JCG) | Date | March 29, 2016 |
|---|---|---|---|
| Title | *Robert Chavira v. W. Olukanmi* | | |

| Present: The Honorable | Jay C. Gandhi, United States Magistrate Judge | | |
|---|---|---|---|
| Kristee Hopkins | None Appearing | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

None Appearing                                      None Appearing

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY FIRST AMENDED COMPLAINT SHOULD NOT BE DISMISSED**

On February 16, 2016, plaintiff-prisoner Robert Chavira ("Plaintiff"), proceeding *pro se*, filed a First Amended Complaint ("FAC") pursuant to 42 U.S.C. § 1983. [Dkt. No. 7.]  The FAC names one defendant, sued in his individual capacity: W. Olukanmi.  (FAC at 3.)

On February 23, 2016, the Court issued an Order Regarding Service of Process ("Service Order"). [Dkt. No. 8.]  The Service Order required Plaintiff to submit a Notice of Submission ("Notice") by March 24, 2016, informing the Court that he had complied with the Service Order. (Service Order at 1-2.)

As of today's date, the Court has yet to receive the Notice from Plaintiff.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the Court as consent to the dismissal of this action without prejudice.  If Petitioner files the Notice within **fourteen (14) days** of the date of this Order, then this Order to Show Cause shall be automatically discharged.

The Clerk of Court is **DIRECTED TO** attach a copy of the Service Order, [Dkt. No. 8], to this Order.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV 15-7371 PA (JCG) | Date | March 29, 2016 |
|---|---|---|---|
| Title | *Robert Chavira v. W. Olukanmi* | | |

cc: Parties of Record

                                                                                            00 : 00

                                                                Initials of Clerk         kh