# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | LA CV 15-7371 PA (JCG) |
| Title | *Robert Chavira v. W. Olukanmi* |
| Date | April 25, 2017 |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | |
|---|---|---|
| Kristee Hopkins | None Appearing | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: | |
| None Appearing | None Appearing | |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

On February 16, 2016, plaintiff-prisoner Robert Chavira ("Plaintiff"), who is proceeding *pro se*, filed a First Amended Complaint pursuant to 42 U.S.C. § 1983. [Dkt. No. 7.] On May 12, 2016, Defendant filed a motion to dismiss the First Amended Complaint for failure to state a claim upon which relief can be granted ("Motion"). [Dkt. No. 16.] On July 5, 2016, Plaintiff filed an opposition to Defendant's Motion. [Dkt. No. 23.]

On March 15, 2017, the Court granted Defendant's Motion but afforded Plaintiff one last opportunity to file a Second Amended Complaint. [Dkt. No. 30.] As of today's date — more than a week past that deadline — Plaintiff has yet to file a Second Amended Complaint.

Accordingly, within **fourteen (14) days** of the date of this Order, Plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. If Plaintiff files his Second Amended Complaint within **fourteen (14) days** of the date of this Order, he need not separately respond to this Order to Show Cause.

**Plaintiff is expressly warned that his failure to timely file a response will be deemed by the Court as consent to the dismissal of this action without prejudice.**

**IT IS SO ORDERED.**

cc: Parties of Record

| | 00 : 00 |
|---|---|
| Initials of Clerk | kh |