**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CHAVIRA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>W. OLUKANMI,<br><br>　　　　　　　Defendant. | Case No. LA CV 15-7371 PA (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendant's motion to dismiss for failure to state a claim upon which relief can be granted ("Motion"), the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination. No objections to the Report and Recommendation have been filed.

//

//

//

1

Accordingly, IT IS ORDERED THAT:

1.    The Report and Recommendation is approved and accepted;

2.    Defendant's Motion is granted;

3.    Judgment be entered dismissing this action with prejudice; and

4.    The Clerk serve copies of this Order and the Judgment on the parties.

DATED: April 11, 2018

_____

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE