JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHAVIRA, | Case No. LA CV 15-7371 PA (JCG) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| W. OLUKANMI, | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: April 11, 2018

_____

HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE